IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **NICOLE LOUISE PEDROZA,** | ) | CASE NO. 24-62678-JWC |
| | ) | |
| Debtor. | ) | |

**DEBTOR'S VOLUNTARY DISMISSAL
OF CHAPTER 13 CASE**

**COMES NOW,** the Debtor in the above styled case, and states the following:

1. Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on December 1, 2024.

2. This case has not been converted to any other Chapter pursuant to, 11 U.S.C. §706 or 11 U.S.C. §1112.

3. Debtor is pursuing other remedies with her mortgage lender and other creditors, therefore, Debtor no longer requires the protection afforded by this Chapter 13 case.

**WHEREFORE,** Debtor prays for an Order dismissing the Chapter 13 case pursuant to 11 USC Section 1307(b).

This 2nd day of January, 2025.

                ___/s/_____
                Richard K. Valldejuli, Jr.
                GA State Bar No: 723225

Valldejuli & Associates, LLC
3801 Holcomb Bridge Road, Suite F-1
Norcross, GA  30371
Cell Phone/Text (404) 272-3192
rkv@valldejuliandassociates.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties in the foregoing matter with a copy of the foregoing ***Debtor's Voluntarily Dismissal of Chapter 13 Case*** by consent of the parties, the following have received an electronic copy to:

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Truist Plaza Garden Offices
Atlanta, GA 30303

I further certify that the following have received service by depositing in the United States Mail, a copy of same in a properly addressed envelope with adequate postage thereon to

Nicole Pedroza
15055 Birmingham Highway
Milton, GA 30004

This 2nd day of January, 2025.

___/s/_____
Richard K. Valldejuli, Jr.
GA State Bar No: 723225

Valldejuli & Associates, LLC
3801 Holcomb Bridge Road, Suite F-1
Norcross, GA 30371
Cell Phone/Text (404) 272-3192
rkv@valldejuliandassociates.com